**Sally N. NOVERAS, R.N.,**
**Plaintiff–Appellant,**

v.

**DEATON HOSPITAL & SPECIALTY CENTER; Maryland General Hospital, Incorporated, Defendants–Appellees.**

No. 01–1839.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Sally N. Noveras, pro se.

Jeanne Marie Phelan, Whiteford, Taylor & Preston, Linda S. Woolf, Kristen Nichole Nesbitt, Goodell, Devries, Leech & Gray, L.L.P., James Patrick Gillece, Jr.,

266, 270–71, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). *See Thompson v. E.I. DuPont de Nemours & Co.,* 76 F.3d 530, 534 (4th Cir.1996).

Tracy Anne Warren, McGuirewoods, L.L.P., Baltimore, MD, for appellees.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Sally Noveras appeals from the district court's order granting the Defendants' motions to dismiss, denying her motion for appointment of counsel, and dismissing, for failure to state a claim, her employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Noveras v. Deaton Hosp. & Specialty Ctr.,* No. CA–00–1060–CCB (D. Md. June 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*